```
                                                    FILED
                                                09 MAY -8 AM 11: 15
                                                CLERK, U.S. DISTRICT COURT
                                                SOUTHERN DISTRICT OF CALIFORNIA

                                                            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CARLOS FIGUEROA-GAONA,<br>    aka "Pariente,"<br><br>            Defendant. | Case No.   09CR1114-DMS<br><br>I N D I C T M E N T<br>  (Superseding)<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Secs. 922(g)(5)(A) and 924(a)(2) - Illegal Alien in Possession of Firearms and Ammunition; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 922(a)(1)(A) - Dealing in Firearms Without a License; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 924(d) - Criminal Forfeiture |

The grand jury charges:

### Count 1

On or about March 11, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the

GVM:em:San Diego
5/5/09



Secretary of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant CARLOS FIGUEROA-GAONA was removed from the United States subsequent to July 24, 2007.

Count 2

On or about March 11, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute, 5 grams and more, to wit: approximately 18.14 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about March 11, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Remington .30-06 caliber rifle, serial number 256417, a Colt King Cobra .357 revolver, serial number EC4934, 73 rounds of .308 caliber ammunition, and 29 rounds of .38/.357 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

Count 4

On or about March 11, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the

Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Remington .30-06 caliber rifle, a Colt King Cobra .357 revolver, 73 rounds of .308 caliber ammunition, and 29 rounds of .38/.357 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 5

On or about March 4, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute, 50 grams and more, to wit: approximately 97.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 6

On or about March 3, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute approximately .14 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

Count 7

On or about February 17, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Smith & Wesson, model 19, .357 handgun, serial number 48K1374, and 6 rounds of .357 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

Count 8

On or about February 17, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Smith & Wesson, model 19, .357 handgun, serial number 48K1374, and 6 rounds of .357 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count 9

On or about February 17, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of

dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 2.

## Count 10

On or about February 8, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Western, Six and Kimel Industries .22LR caliber revolver, serial number K44097, and a Taurus .22 magnum caliber revolver, serial number MG53077; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## Count 11

On or about February 8, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Western, Six and Kimel Industries .22LR caliber revolver, serial number K44097, and a Taurus .22 magnum caliber revolver, serial number MG53077; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 12

On or about February 8, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 2.

## Count 13

On or about February 5, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute approximately 27.8 grams of methamphetamine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 14

On or about February 5, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a chrome revolver with a brown handle; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## Count 15

On or about February 5, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the Superior Court of California, County of San Diego, of a crime

punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a chrome revolver with a brown handle; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 16

On or about January 26, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute approximately 12.25 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 17

On or about January 26, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a bolt-action, Lee Enfield-style rifle, serial number V6961, 1 box of 3030 ammunition, and 1 box of 6.9 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

//
//
//

## Count 18

On or about January 26, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a bolt-action, Lee Enfield-style rifle, serial number V6961, 1 box of 3030 ammunition, and 1 box of 6.9 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 19

On or about January 26, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 2.

## Count 20

On or about January 2, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute approximately 27.51 grams of methamphetamine, a Schedule II Controlled

Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 21

On or about January 2, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Berreta model 70S, .380 auto caliber, semi-automatic handgun, serial number A18627Y, and 6 rounds of Cascade Cartridge, Inc. .380 auto caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### Count 22

On or about January 2, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," being a person who had previously been convicted in a court, that is the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about August 31, 2006 of possession of heroin, cocaine, and methamphetamine in violation of California Health and Safety Code Sections 11350(a) and 11377(a), and on or April 22, 1999 of giving away heroin and methamphetamine, in violation of California Health and Safety Code Sections 11352 and 11379, did knowingly and unlawfully possess in and affecting commerce firearms and/or ammunition, that is a Berreta model 70S, .380 auto caliber, semi-automatic handgun, serial number A18627Y, and 6 rounds of Cascade Cartridge, Inc. .380 auto caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

## Count 23

On or about January 2, 2009, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 2.

## Count 24

On or about December 29, 2008, within the Southern District of California, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," did knowingly and intentionally possess, with the intent to distribute approximately 26.54 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 3, 4, 7-12, 14-15, 17-19, and 21-23 of this indictment, defendant CARLOS FIGUEROA-GAONA, aka "Pariente," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all firearms and ammunition involved in the commission of the offenses including, but not limited to the following:

    a. one Remington .30-06 caliber rifle, serial number 256417,
    b. one Colt King Cobra .357 revolver, serial number EC4934,
    c. 73 rounds of .308 caliber ammunition,
    d. 29 rounds of .38/.357 caliber ammunition,
    e. one Smith & Wesson, model 19, .357 handgun, serial number 48K1374,

|     |    |                                                                                                   |
| --: | -- | ------------------------------------------------------------------------------------------------- |
| 1   | f. | 6 rounds of .357 caliber ammunition,                                                              |
| 2   | g. | one Western, Six and Kimel Industries .22LR caliber revolver, serial number K44097,               |
| 4   | h. | one Taurus .22 magnum caliber revolver, serial number MG53077,                                    |
| 6   | i. | one chrome revolver with a brown handle,                                                          |
| 7   | j. | one bolt-action, Lee Enfield-style rifle, serial number V6961,                                    |
| 9   | k. | one box of 3030 ammunition,                                                                       |
| 10  | l. | one box of 6.9 caliber ammunition,                                                                |
| 11  | m. | one Berreta model 70S, .380 auto caliber, semi-automatic handgun, serial number A18627Y, and      |
| 13  | n. | 6 rounds of Cascade Cartridge, Inc. .380 auto caliber ammunition.                                 |

All pursuant to Title 18, United States Code, Section 924.

DATED: May 8, 2009.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
GEORGE V. MANAHAN
Assistant U.S. Attorney